**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1897**

———————

DELORES A. FRYE,

                                  Plaintiff - Appellant,

     versus

PULTE CORPORATION; PULTE HOME CORPORATION,
d/b/a Stoneridge Builders and Developers,

                                 Defendants - Appellees,

     and

STONERIDGE BUILDERS AND DEVELOPERS,

                                 Defendant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-00-905-A)

———————

Submitted:  November 8, 2001     Decided:  November 15, 2001

———————

Before WILKINS, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Delores A. Frye, Appellant Pro Se.  Steven William Ray, Michelle B. Radcliffe, RAY & ISLER, P.C., Vienna, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Delores A. Frye appeals from the district court's order denying her Fed. R. Civ. P. 60(b) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Frye v. Pulte Corp., No. CA-00-905-A (E.D. Va. filed June 21, 2001; entered June 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED